MORELAND *et al.* *v.* WALKER *et al.*

HILL, J. Under the allegations of the petition, the court did not err in sustaining the demurrer filed by certain of the defendants and in dismissing the case as to them.

*Judgment affirmed. All the Justices concur.*
JULY 13, 1915.

Equitable petition. Before Judge Reid. Campbell superior court. September 1, 1914.

*J. F. Golightly, J. A. Drake,* and *J. H. Longino,* for plaintiffs.

*W. H. Burwell* and *Claude C. Smith,* for defendants.